UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN B WILLIAMS,

Plaintiff,

v.

TRANSWORLD SYSTEMS INC., et al.,

Defendants.

Case No.  25-cv-09527-HSG

**ORDER DIRECTING SERVICE**

Re: Dkt. No. 24

The Court DIRECTS the Clerk to issue summons and the United States Marshal to serve, without prepayment of fees, a copy of the operative complaint (Dkt. No. 10) and a copy of the Court's order granting Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. No. 11) upon Defendant Transworld Systems Inc.'s authorized agent Koy Saechao of Corporation Service Company d/b/a CSC - Lawyers Incorporating Service, at 2710 Gateway Oaks Drive, Sacramento, CA.  Given the Plaintiff's explanation for the delay in Dkt. No. 22, the Court finds good cause to extend the service deadline 30 days until March 5, 2026.

**IT IS SO ORDERED.**

Dated:    2/5/2006

HAYWOOD S. GILLIAM, JR.
United States District Judge