UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC., et al.,<br><br>Defendants. | Case No.  25-cv-09527-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on May 5, 2026.  Having considered the parties' proposals, *see* Dkt. Nos. 38, 42, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 6, 2026 |
| Close of Fact Discovery | October 2, 2026 |
| Exchange of Opening Expert Reports | October 19, 2026 |
| Exchange of Rebuttal Expert Reports | November 3, 2026 |
| Close of Expert Discovery | November 18, 2026 |
| Dispositive Motion Hearing Deadline | January 7, 2027, at 2:00 p.m. |
| Pretrial Conference | March 30, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | April 12, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  5/6/2026

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge