# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kevin B. Williams

                                Plaintiff(s)

v.

The Regents of the University of California, et al.

                                Defendant(s)

CASE No C  25-cv-09527-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☑ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

☑ other requested deadline:  September 9, 2026

Date: May 12, 2026

Date: May 12, 2026

/s/ Kevin Williams

Attorney for Plaintiff
/s/ Stephanie Cruz          /s/ Tuan Van Uong

Attorney for Defendants

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  5/13/2026

U.S. DISTRICT JUDGE

*Important!* *E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*