HASSARD BONNINGTON LLP
Corinna E. Meissner, Esq. (#178509) cem@hassard.com
Stephanie M. Cruz, Esq. (#355673) sxc@hassard.com
111 Pine Street, Suite 1530
San Francisco, California 94111
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN B. WILLIAMS,

Plaintiff,

vs.

TRANSWORLD SYSTEMS, INC. B/DA/TRABSWORLD COLLECTIONS; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (D/B/A/ UCSF MEDICAL CENTER AND UCSF HEALTH),

Defendants.

No. 25-cv-09527-HSG
Hon. Haywood S. Gilliam, Jr.

**JOINT STIPULATION AND ORDER TO COTINUE THE HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY SET FOR SEPTEMBER 10, 2026**

| | |
|---|---|
| Complaint Filed: | November 5, 2025 |
| FAC Filed: | November 6, 2025 |
| SAC Filed: | December 16, 2025 |
| TAC Filed: | April 15, 2026 |
| 4th AC Filed: | May 4, 2026 |
| Trial Date: | April 12, 2027 |

Plaintiff KEVIN B. WILLIAMS (hereinafter "plaintiff") and defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and TRANSWORLD SYSTEMS, INC. (hereinafter "The Regents," "TSI" or "defendants") (collectively "The Parties"), by and through their respective counsel of record and plaintiff appearing pro per, pursuant to Local Rule 6-2 and 7-12, hereby stipulate and agree as follows:

WHEREAS plaintiff filed his Motion to Compel Further Responses to Written Discovery ("MTC") on August 2, 2026;

WHEREAS the hearing date on plaintiff's MTC is presently set for September 10, 2026 at 2:00 p.m. in courtroom 2 of the above-entitle court;

WHEREAS the deadline to file an opposition to plaintiff's MTC is currently set for August 17, 2026;

WHEREAS the parties have met and conferred to discuss the plaintiff's MTC and to attempt to resolve these issues without further court intervention;

WHEREAS The Regents have agreed to provide amended responses to plaintiff's discovery requests and produce responsive documents by or before August 24, 2026, with documents to be produced as they become available;

WHEREAS TSI's deadline to respond to plaintiff's request for production of documents is currently set for August 21, 2026;

WHEREAS the parties have agreed that a continuance of the hearing date and associated deadlines for plaintiff's MTC will allow sufficient time for defendants to serve their anticipated document production and will allow for additional time for the parties to resolve these issues without burdening the court; and

WHEREAS the requested continuance will not affect any other deadlines presently set by the court, including discovery or trial deadlines.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that the hearing date on plaintiff's motion to compel further discovery responses shall be continued from September 10, 2026 to **October 8, 2026** at 2:00 p.m. in courtroom 2 of the above-entitled court, oppositions shall be due on September 14, 2026 and replies shall be due on September 21, 2026.

IT IS SO STIPULATED.

Dated: August 13, 2026

By: *Kevin Williams*

______________________________

Kevin B. Williams
Plaintiff Pro Se

Dated: August 13, 2026

HASSARD BONNINGTON LLP

By: ______________________________
Corinna E. Meissner
Stephanie M. Cruz
Attorneys for Defendants
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

Dated: August 13, 2026

SESSIONS, ISREAL & SHARTLE, LLP

By: __/s/ Tuan Van Uong _________
James K Schultz, Esq.
Tuan Van Uong, Esq.
Attorneys for Defendant
TRANSWORLD SYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/17/2026

______________________________
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge